■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK BELLEZZA, Appellant. [987 NYS2d 876]—

Appeal by the defendant from an order of the County Court, Suffolk County (Weber, J.), dated October 7, 2009, which denied, without a hearing, his motion pursuant to CPL 440.30 (1-a) for DNA testing of certain evidence.

Ordered that the order is affirmed.

The County Court properly denied, without a hearing, the de-

fendant's motion pursuant to CPL 440.30 (1-a) for DNA testing of certain evidence, since the defendant failed to show that there was a reasonable probability that the verdict would have been more favorable to him had the DNA tests been performed and the results admitted at trial (*see* CPL 440.30 [1-a] [a] [1]; *People v Johnson*, 112 AD3d 969, 969-970 [2013]; *People v Perry*, 89 AD3d 1114, 1115 [2011]). Mastro, J.P., Leventhal, Lott and Miller, JJ., concur.